U.S.

v.

**Manuel L. GARCIA**

**No. 17-0564/NA**

U.S. Court of Appeals for
the Armed Forces.

August 29, 2017

CCA 201700064

DAILY JOURNAL

Interlocutory Orders

Appellant's motion to extend time to file the supplement to the petition for grant of review granted to September 18, 2017.

U.S.

v.

**Brandon J. GRIFFITH**

**No. 17-0573/MC**

U.S. Court of Appeals for
the Armed Forces.

August 29, 2017

CCA 201600385

DAILY JOURNAL

Petitions for Grant of Review Filed

U.S.

v.

**Eric M. MILES**

**No. 17-0448/AR**

U.S. Court of Appeals for
the Armed Forces.

August 29, 2017

CCA 20150415

DAILY JOURNAL

Petitions for Grant of Review Denied

U.S.

v.

**Payton K. CORK**

**No. 17-0535/AR**

U.S. Court of Appeals for
the Armed Forces.

August 29, 2017

CCA 20160674

DAILY JOURNAL

Petitions for Grant of Review Denied

